UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 23-541 (GC) |
| v. | <u>SCHEDULING ORDER</u> |
| CAZ CRAFFY<br>a/k/a CARZ CRAFFEY | |

This matter having come before the Court for arraignment; and the United States being represented by Philip R. Sellinger, United States Attorney for the District of New Jersey (by Martha K. Nye and Carolyn Silane, Assistant U.S. Attorneys, appearing); and the Defendant being represented by Mark A. Berman, Esq.; and the parties having met and conferred and having determined that this matter may be treated as a criminal case that requires extensive discovery within the meaning of paragraph 4 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this 20th day of July 2023, ORDERED that:

1. The Government shall begin providing discovery required by Federal Rule of Criminal Procedure 16(a)(1) on a rolling basis on or before July 31, 2023. The Government shall substantially complete producing such discovery by August 30, 2023.

2. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before July 31, 2023. Exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

3. The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before August 30, 2023.

4. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before August 30, 2023.

5. The following shall be the schedule for pretrial motions in this matter:

   a) The Defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before September 29, 2023;

   b) The Government shall file any response to the Defendant's pretrial motions on or before October 27, 2023;

   c) The Defendant shall file any reply on or before November 10, 2023;

   d) Oral argument on pretrial motions shall be held on Nov. 29, 2023 at 10:00 a.m./p.m..

_____
Honorable Georgette Castner
United States District Judge