UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | Criminal No. 23-541 |
|---|---|
| v. | Hon. Georgette Castner |
| CAZ CRAFFY, a/k/a Carz Craffey | |

### JUDGMENT AND ORDER OF RESTITUTION

**UPON CONSIDERATION** of the agreement of the parties, evidence presented by the Government, and for good cause shown, on this 7th day of January 2025, it is

**ORDERED** that defendant Caz Craffy shall make restitution in the amounts listed below. Payments should be made payable to the **U.S. Treasury** and mailed to Clerk, U.S.D.C., 402 East State Street, Rm 2020, Trenton, New Jersey 08608.

| Victim | Amount | Victim | Amount |
|---|---|---|---|
| Victim BB/LB | $247,570.44 | Victim LMP | $9,943.07 |
| Victim EC/ZC | $194,288.00 | Victim YO | $111,198.00 |
| Victim NB | $206,878.00 | Victim DP | $242,038.00 |
| Victim JD | $236,512.42 | Victim AP | $126,648.00 |
| Victim MD | $43,849.92 | Victim CR/WR | $91,922.00 |
| Victim AF | $234,583.11 | Victim FR | $127,507.00 |
| Victim JF | $180,139.36 | Victim MR | $208,589.00 |
| Victim BG | $224,289.00 | Victim CR/ER | $375,371.00 |
| Victim LH | $254,256.00 | Victim KT | $19,671.00 |
| Victim SH | $214,242.00 | Victim VV | $213,301.00 |
| Victim LM | $219,709.00 | Victim TW | $42,115.00 |
| Victim AM/CM | $236,029.00 | Victim KR | $25,339.00 |

**ORDERED** that the restitution is due immediately and that interest is waived.

**ORDERED** that it is recommended that Craffy participates in the Bureau of Prisons Inmate Financial Responsibility Program (IFRP). If Craffy participates in the IFRP, the restitution shall be paid from those funds at a rate equivalent to $25.00 every 3 months. In the event the entire restitution is not paid prior to the commencement of supervision, Craffy shall satisfy the amount due in monthly installments of no less than $500.00, to commence 30 days after release from confinement.

**ORDERED** that unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

**ORDERED** that Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

**ORDERED** that this Restitution Order is pursuant to 18 U.S.C. § 3664 and shall be incorporated into the Judgment as if set out verbatim therein.

_____
HONORABLE GEORGETTE CASTNER
United States District Judge